# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-3854

_____

Lin Gao

*Plaintiff - Appellant*

v.

St. Louis Language Immersion Schools, Inc.; Lydia Chen

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 25, 2015
Filed: June 30, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Lin Gao appeals the district court's[1] adverse grant of summary judgment in her action asserting, among other claims, age-based and race-based employment discrimination, and breach of contract. Upon careful de novo review, we conclude that the district court's summary judgment decision was proper. See Torgerson v. City of Rochester, 643 F.3d 1031, 1042-43 (8th Cir. 2011) (en banc) (standard of review; nonmovant must respond to properly supported summary judgment motion by submitting evidentiary materials that set out specific facts showing that there is genuine issue for trial; where record taken as whole could not lead rational trier of fact to find for nonmoving party, there is no genuine issue for trial); see also Beyer v. Firstar Bank, N.A., 447 F.3d 1106, 1108 (8th Cir. 2006) (in opposing summary judgment motion, nonmovant cannot rest on pleadings alone).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Shirley P. Mensah, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).